**Opinion issued May 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

—————————————————

## NO. 01-19-00113-CR

—————————————————

## ERIC BRIGGS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court at Law No. 11**
**Harris County, Texas**
**Trial Court Case No. 2243407**

---

## MEMORANDUM OPINION

Appellant, Eric Briggs, pleaded guilty to the misdemeanor offense of failure to identify oneself to a peace officer. *See* TEX. PENAL CODE § 38.02(a). In accordance with the terms of a plea-bargain agreement, the trial court signed a

judgment of conviction imposing a sentence of 4 days in the Harris County Jail. Briggs filed a notice of appeal.

In a plea bargain case, a defendant may only appeal those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. TEX. CODE CRIM. PROC. art. 44.02; TEX. R. APP. P. 25.2(a)(2). An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. TEX. R. APP. P. 25.2(d).

Here, the trial court's certification is included in the record on appeal. *See id.* The trial court's certification states that this is a plea bargain case and that the defendant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Because Briggs has no right of appeal, we must dismiss this appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals, while having jurisdiction to ascertain whether an appellant who plea-bargained is permitted to appeal by Rule 25.2(a)(2), must dismiss a prohibited appeal without further action, regardless of the basis for the appeal.").

Accordingly, we dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.

Do not publish.  TEX. R. APP. P. 47.2(b).